UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br><br>CLARENCE DANIELS,<br>Defendant | NO.  CR 24-5100 RSM<br><br>Order Granting Defendant Clarence Daniels Unopposed Motion to Continue Trial and PTM Deadline |

**Order**

Clarence Daniels moves the Court to continue the Trial date, currently scheduled for 6/24/24, to sometime on or before November 29, 2024 and to adjust the Pretrial Motions Deadline accordingly.  The Government advises that it has no opposition to the same.  Mr. Daniels has signed a speedy trial waiver through the end of November 2024.

The Court GRANTS the motion.  In doing so, it makes the following findings:

1.  The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

1

Order Continuing Trial

PHIL BRENNAN, Esq.
P.O. Box 20432
Seattle, WA 98102
(206) 372-5881

2.  Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3.  The Court finds that the failure to grant the continuance requested by the defense would deny the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Based on Mr. Daniels's Motion to Continue, and the Court's review of the files and records in this case, the Court finds that the defense needs additional time to review the discovery in this case and consult with Mr. Daniels.  Mr. Daniels seeks to review the discovery in person with his attorneys (particularly the electronic material), a desire which is hampered by his primary attorney's trial schedule in May 2024.  In addition, Mr. Daniels has a related Supervised Release Revocation Hearing set for 6/24/24, which necessitates additional time for him to consult with his counsel.

Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time to meet the above objectives. Accordingly, IT IS HEREBY ORDERED that the trial date is continued to September 16, 2024, and that the pretrial motions deadline shall be August 1, 2024. The resulting period of delay from the filing date of this order until the new trial date is excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Order Continuing Trial

PHIL BRENNAN, Esq.
P.O. Box 20432
Seattle, WA 98102
(206) 372-5881

1   IT IS SO ORDERED this 16th day May, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Order Continuing Trial

PHIL BRENNAN, Esq.
P.O. Box 20432
Seattle, WA 98102
(206) 372-5881