The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLARENCE E. DANIELS,<br><br>Defendant. | NO. CR24-5100-RSM<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property ("Subject Property"):

    a.    One Heckler & Koch, Model HK45C, .45 handgun;

    b.    One Ruger, Model 10/22 Carbine, .22 caliber rifle; and

    c.    Any associated ammunition.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate because:

1.    On October 9, 2024, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 924(d)(1), by way of 28 U.S.C. § 2461(c), and forfeiting the Defendant's interest in it (Dkt. No. 33);

Final Order of Forfeiture - 1
*United States v. Daniels,* CR24-5100-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2.    Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 38), and sent direct notice, by means reasonably calculated to reach them, to three identified potential claimants, as required by Fed. R. Crim. P. Rule 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims (*see* Declaration of AUSA Jehiel I. Baer in Support of Motion for a Final Order of Forfeiture ("Baer Decl.") ¶¶ 2–3, <u>Exhibits A-C</u>);

3.    The United States has used all available efforts to provide notice to identified potential claimants, by means reasonably calculated to reach them. Notices sent to two potential claimants were successfully delivered. Baer Decl. ¶¶ 2–3, <u>Exhibits A–B</u>. Notice sent to a third potential claimant resulted in one letter being returned as "Unclaimed" and "Unable to Forward," and the other letter being delivered on or about February 1, 2025. *Id.* ¶¶ 2.c, 3, <u>Exhibit C</u>. The United States has no other current contact information for this potential claimant. *Id.* ¶¶ 2–3; and,

4.    The time period for filing third-party petitions has expired and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1.    No right, title, or interest in the Subject Property exists in any party other than the United States;

2.    The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

///

///

///

Final Order of Forfeiture - 2
*United States v. Daniels,* CR24-5100-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, the Bureau of Alcohol, Tobacco, Firearms and Explosives and/or their representatives, are authorized to dispose of the Subject Property in accordance with the law.

IT IS SO ORDERED.

DATED this 7th day of April, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov

Final Order of Forfeiture - 3
*United States v. Daniels,* CR24-5100-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970